MONTCLAIR STATE COLLEGE v. CARRINO CONTRACTING AND TRUCKING COMPANY, INC.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT W. MACNEILL.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. AMEERA MURPHY.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BRET WORSFOLD.

June 28, 1983.

Petition for certification denied.